1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GARY RUTLEDGE** | CASE NO. 2:10-CV-02581-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from April 11, 2011, to May 11, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

Dated: April 5, 2011                    /s/Bess M. Brewer
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated: April 5, 2011                    Benjamin B. Wagner

                                        United States Attorney

                                        /s/ Elizabeth Barry
                                        ELIZABETH BARRY
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 15, 2011

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE