1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8

9                  **IN THE UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11  **GARY RUTLEDGE**                   )    **CASE NO.  2:10-CV-02581-CMK**
                                        )
12                                      )
                                        )
13                                      )
                                        )    **STIPULATIONAND** ~~**PROPOSED**~~
14                                      )    **ORDER EXTENDING PLAINTIFF'S**
         **Plaintiff,**                 )    **TIME TO FILE SUMMARY**
15                                      )    **JUDGEMENT MOTION**
    **v.**                             )
16                                      )
    **MICHAEL J. ASTRUE**              )
17  **Commissioner of Social Security** )
    **of the United States of America,** )
18                                      )
         **Defendant.**                 )
19                                      )
                                        )

20

21      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

22  Plaintiff's time to file his summary judgment is hereby extended to July 27, 2011.  Plaintiff's motion

23  was last due June 24, 2011, but the new date was not calendared.  Counsel just realized her oversight

24  and needs until July 27, 2011, to complete Mr. Rutledge's brief.

25

26  / / / /

27  / / / /

28  / / / /

1

1

2

3

4   Dated: July 22, 2011                              */s/Bess M. Brewer*
                                                      BESS M. BREWER
5                                                     Attorney at Law

6                                                     Attorney for Plaintiff

7

8
     Dated: July 22, 2011                              Benjamin B. Wagner
9
                                                       United States Attorney
10
                                                      */s/ Elizabeth Barry*
11                                                     ELIZABETH BARRY

                                                       Special Assistant United States Attorney
12                                                     Attorneys for Defendant

13

14                                           **ORDER**

15

16          Plaintiff shall have until August 8, 2011, to file his motion for summary judgment.

17
     APPROVED AND SO ORDERED.
18

19    DATED:  July 28, 2011

20
                                                     _____
                                                     **CRAIG M. KELLISON**
21                                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                                2