1  BENJAMIN WAGNER
   United States Attorney
2  DONNA C. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
      333 Market Street, Suite 1500
5     San Francisco, California 94105
      Telephone:  (415) 977-8972
6     Facsimile:  (415) 744-0134
      Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                  UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA

10                   SACRAMENTO DIVISION

11
   GARY RUTLEDGE,                    )
12                                   )   CASE NO.: C-2:10-02581-CMK
              Plaintiff,             )
13                                   )   STIPULATION AND ORDER
         v.                          )   FOR A FIRST EXTENSION FOR
14                                   )   DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL J. ASTRUE,                )   AND MEMORANDUM IN SUPPORT OF
15 Commissioner of                   )   CROSS-MOTION FOR SUMMARY
   Social Security,                  )   JUDGMENT AND IN OPPOSITION TO
16                                   )   PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.             )   JUDGMENT
17 _____ )

18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until September 28, 2011, in which to file

21 his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's first request for an extension of time in this matter.

24                              Respectfully submitted,

25 Dated: August 26, 2011        /s/ Bess M. Brewer
                                 (as authorized via e-mail)
26                               BESS M. BREWER
                                 Attorney for Plaintiff
27

28

```
                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: August 26, 2011        By /s/ Elizabeth Barry
                                    ELIZABETH BARRY
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant
```

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 12, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE