1 | BENJAMIN WAGNER
United States Attorney
2 | DONNA C. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
3 | ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney
4
  | 333 Market Street, Suite 1500
5 | San Francisco, California 94105
Telephone: (415) 977-8972
6 | Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov
7
Attorneys for Defendant
8
UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA

10 | SACRAMENTO DIVISION

11

12 | GARY RUTLEDGE,                )
                                  )   CASE NO.: C-2:10-02581-CMK
13 |        Plaintiff,              )
                                  )   STIPULATION AND ~~PROPOSED~~ ORDER
14 |   v.                          )   FOR A SECOND EXTENSION FOR
                                  )   DEFENDANT TO FILE NOTICE, MOTION,
15 | MICHAEL J. ASTRUE,             )   AND MEMORANDUM IN SUPPORT OF
Commissioner of                   )   CROSS-MOTION FOR SUMMARY
16 | Social Security,               )   JUDGMENT AND IN OPPOSITION TO
                                  )   PLAINTIFF'S MOTION FOR SUMMARY
        Defendant.                )   JUDGMENT
17 | _____)

18

19        IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 | of the Court, that Defendant shall have a 30-day extension, or until October 28, 2011, in which to file his

21 | Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 | Opposition to Plaintiff's Motion for Summary Judgment.

23        This is Defendant's second request for an extension of time in this matter.

24                                    Respectfully submitted,

25 | Dated: August 26, 2011           */s/ Bess M. Brewer*
                                      (as authorized via e-mail)
26                                    BESS M. BREWER
                                      Attorney for Plaintiff
27

28

```
                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: August 26, 2011          By /s/ Elizabeth Barry
                                    ELIZABETH BARRY
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant
```

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 5, 2011

```
                        _____
                        CRAIG M. KELLISON
                        UNITED STATES MAGISTRATE JUDGE
```

2